# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| CITY OF CHARLESTON,<br><br>          Plaintiff,<br><br>     v.<br><br>BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP P.L.C.; BP AMERICA INC.; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY OIL USA, INC.; HESS CORPORATION; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; AND PHILLIPS 66 COMPANY,<br><br>          Defendants. | C/A No. **2:20-cv-03579-BHH** |

**DECLARATION OF JOSEPH P. GRIFFITH, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS**

I, Joseph P. Griffith, Jr., declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of South Carolina. I am a Member at Joe Griffith Law Firm, LLC, attorney for Plaintiff the City of Charleston. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Proceedings, filed concurrently herewith. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Fourth Circuit Court of Appeals' October 1, 2019 Order denying a motion to stay in *Mayor and City Council of Baltimore v. BP P.L.C.*, 4th Cir. Case No. 19-1644.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Fourth Circuit Court of Appeals' Mandate issued on March 30, 2020, in *Mayor and City Council of Baltimore v. BP P.L.C.*, 4th Cir. Case No. 19-1644.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Petition for a Writ of Certiorari to the United States Supreme Court filed on March 31, 2020, in *BP P.L.C. v. Mayor and City Council of Baltimore*, U.S. Case No. 19-1189.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Brief for the Petitioners filed on November 16, 2020, in *BP P.L.C. v. Mayor and City Council of Baltimore*, U.S. Case No. 19-1189.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the U.S.D.C., District of Hawai'i's August 21, 2020, Order lifting the litigation stay in *City & County of Honolulu v. Sunoco LP*, D. Haw. Case No. 20-cv-00163-DKW-RT, Dkt. No. 111.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the U.S.D.C., District of Hawai'i's Order Denying Defendants' Request for Reconsideration of Stay, issued on September

1

9, 2020, in *City & County of Honolulu v. Sunoco LP*, D. Haw. Case No. 20-cv-00163-DKW-RT, Dkt. No. 115.

    I declare under penalty of perjury that the foregoing is true and correct.

                            Respectfully submitted,

Dated: December 8, 2020         By: */s/ Joseph P. Griffith, Jr.*
                                   **JOE GRIFFITH LAW FIRM, LLC**
                                   JOSEPH P. GRIFFITH, JR.
                                   946 Johnnie Dodds Blvd.
                                   Mt. Pleasant, SC 29464
                                   Tel: (843) 225-5563
                                   Fax: (843)723-6686
                                   Email: joegriffithjr@hotmail.com