**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| CITY OF CHARLESTON,<br><br>Plaintiff,<br><br>v.<br><br>BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP P.L.C.; BP AMERICA INC.; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY OIL USA, INC.; HESS CORPORATION; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; AND PHILLIPS 66 COMPANY,<br>       Defendants. | Civil Action No. 2:20-cv-03579-RMG |

**STIPULATION TO SET BRIEFING SCHEDULES AND PAGE LIMITS**

WHEREAS, on September 9, 2020, Plaintiff, the City of Charleston ("Plaintiff"), filed a 137-page complaint against 24 Defendants ("Defendants") in the Court of Common Pleas, Ninth Judicial Circuit, No. 2020-CP-10-03975, Charleston County, State of South Carolina;

WHEREAS, on October 9, 2020, Defendants Chevron Corp. and Chevron U.S.A., with the consent of all Defendants, timely removed this action from South Carolina state court to this Court.

1

The removal notice is 128 pages, with an additional 823 pages of exhibits (excluding a copy of Plaintiff's complaint);

WHEREAS, Plaintiff filed a Motion to Remand on February 26, 2021, Dkt. 103, which Defendants opposed on April 7, 2021, Dkt. 111;

WHEREAS, on August 22, 2022, the Court "direct[ed] the parties to submit renewed briefing" on the Motion to Remand, and to do so "in accordance to an agreed schedule," Dkt. 134;

WHEREAS, the Parties have met and conferred and agreed on a briefing schedule;

WHEREAS, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE PARTIES SHALL JOINTLY REQUEST AN ORDER OF THE COURT PROVIDING:**

1. Plaintiff's Renewed Motion to Remand, which shall not exceed 35 pages, excluding any exhibits and other supporting materials, shall be due by September 27, 2022.

2. Defendants shall coordinate their efforts to file a single Renewed Consolidated Opposition to Plaintiff's Renewed Motion to Remand, which shall be due by November 1, 2022, and shall not exceed 35 pages, excluding any exhibits and other supporting materials.

3. Plaintiff's Reply in support of its Renewed Motion to Remand shall be due by November 22, 2022, and shall not exceed 15 pages.

4. Defendants do not, by agreeing to the procedures herein to have the Court consider and adjudicate the Renewed Motion to Remand prior to any further proceedings, waive their objections to personal jurisdiction. Plaintiff agrees that it will not assert in federal or state court that

2

there has been any waiver of personal jurisdiction because of the Parties' agreement to have the Court consider and adjudicate the Renewed Motion to Remand prior to the filing of Motions to Dismiss.

5. If the Court denies Plaintiff's Renewed Motion to Remand, Defendants will file any Motions to Dismiss within 60 days of an Order denying the Renewed Motion to Remand. The Parties will also promptly meet and confer regarding an appropriate briefing schedule for Oppositions and Replies and page limits for Motions to Dismiss briefing and will endeavor to jointly submit a proposal to the Court within 10 days of the Court's order denying Plaintiff's Renewed Motion to Remand. If the Parties are not able to agree on a proposed briefing schedule, they will submit separate proposals to the Court. In the event the Renewed Motion to Remand is granted, the Parties have agreed to request the same deadlines from the South Carolina Court of Common Pleas.

6. None of the properly served Defendants are required to file Answers or Motions to Dismiss or otherwise respond to the Complaint until, and in accordance with, the entry by the Court of a schedule for briefing Defendants' Motions to Dismiss. Defendants' obligation to respond to Rule 26.01 Interrogatories shall be deferred until the Court has ruled on Plaintiff's Renewed Motion to Remand.

7. Defendants reserve the right to seek an extension of time to respond to the Complaint and the Parties reserve the right to request that the Court stay proceedings (and reserve the same rights as to the South Carolina Court of Common Pleas in the event the Renewed Motion to Remand is granted).

8. Parties also request that the deadline to serve Rule 26(a) Initial Disclosures and the issuance of a Rule 16(b) Scheduling Order be stayed until after the Court has ruled on the Renewed Motion to Remand.

Respectfully submitted,

Dated: September 1, 2022

By: */s/ Joel H. Smith*
Joel H. Smith

**OFFICE OF THE CORPORATION COUNSEL**
**CITY OF CHARLESTON**
WILBUR JOHNSON
Corporation Counsel
JULIA COPELAND
MELISSA CRUTHIRDS
Assistants Corporation Counsel
50 Broad Street,
Charleston, South Carolina 29401
Email: wjohnson@ycrlaw.com
copelandj@charleston-sc.gov
cruthirdsm@charleston-sc.gov

**JOE GRIFFITH LAW FIRM, LLC**
JOSEPH P. GRIFFITH, JR.
946 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 225-5563
Fax: (843)723-6686
Email: joegriffithjr@hotmail.com

**SHER EDLING LLP**
VICTOR M. SHER (*pro hac vice*)
MATTHEW K. EDLING (*pro hac vice*)
TIMOTHY R. SLOANE (*pro hac vice*)
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929
Email: vic@sheredling.com
matt@sheredling.com
corrie@sheredling.com
tim@sheredling.com

**BOWMAN AND BROOKE LLP**
Joel H. Smith
Joel.Smith@bowmanandbrooke.com
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: 803.726.7422
Facsimile: 803/726.7421

**BARNWELL WHALEY PATTERSON AND HELMS LLC**
M. Dawes Cooke, Jr. (Fed ID #288)
211 King Street, Suite 300 (Zip: 29401)
P.O. Drawer H
Charleston, SC 29402
Telephone: 843-577-7700
Facsimile: 843-577-7708
mdc@barnwell-whaley.com

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr., *pro hac vice*
William E. Thomson, *pro hac vice*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Andrea E. Neuman, *pro hac vice*
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
aneuman@gibsondunn.com

4

*Attorneys for Plaintiff
the City of Charleston*

Thomas G. Hungar, *pro hac vice*
1050 Connecticut Avenue, N.W.,
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
thungar@gibsondunn.com

Joshua D. Dick, *pro hac vice*
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
jdick@gibsondunn.com

**SUSMAN GODFREY L.L.P.**
Johnny W. Carter, *pro hac vice*
Erica W. Harris, *pro hac vice*
Ashley L. McMillian, *pro hac vice*
Mary K. Sammons, *pro hac vice*
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
eharris@susmangodfrey.com
jcarter@susmangodfrey.com
amcmillian@susmangodfrey.com
ksammons@susmangodfrey.com

Steven M. Shepard, *pro hac vice*
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212-336-8330
sshepard@susmangodfrey.com
*Attorneys for Defendants
Chevron Corp. and Chevron U.S.A. Inc.*

**SMITH ROBINSON**
G. Murrell Smith, Jr.
murrell@smithrobinsonlaw.com
126 N. Main Street
Sumter, SC 29151
Tel: (803) 778-2471
Fax: (803) 778-1643

**HUNTON ANDREWS KURTH LLP**
Shannon S. Broome, *pro hac vice*
SBroome@HuntonAK.com
Ann Marie Mortimer, *pro hac vice*
AMortimer@HuntonAK.com
50 California Street
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701

Shawn Patrick Regan, *pro hac vice*
SRegan@HuntonAK.com
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100

*Attorneys for Defendants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC*

**BAKER BOTTS L.L.P.**
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

**PARKER POE ADAMS & BERNSTEIN LLP**
Robert Jordan
200 Meeting Street, Suite 301
Charleston, SC 29401-3156
Telephone: (843) 727-2670
Facsimile: (843) 727-2680
Email: robertjordan@parkerpoe.com

*Attorneys for Defendant HESS CORP.*

**BAKER BOTTS L.L.P.**
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

**PARKER POE ADAMS & BERNSTEIN LLP**
Robert Jordan
200 Meeting Street, Suite 301
Charleston, SC 29401-3156
Telephone: (843) 727-2670
Facsimile: (843) 727-2680
Email: robertjordan@parkerpoe.com

*Attorneys for Defendant MURPHY OIL CORPORATION*

**HOOD LAW FIRM, LLC**
Molly H. Craig (6671)
Robert H. Hood, Jr. (6998)
Virginia R. Floyd (12212)
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
molly.craig@hoodlaw.com
bobbyjr.hood@hoodlaw.com
virginia.floyd@hoodlaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Theodore V. Wells, Jr., *pro hac vice*
Daniel J. Toal, *pro hac vice*
Yahonnes Cleary, *pro hac vice*
Caitlin E. Grusauskas, *pro hac vice*
1285 Avenue of the Americas

New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Counsel for Defendants
Exxon Mobil Corporation and ExxonMobil Oil
Corporation*

**DUFFY & YOUNG, LLC**
Brian C. Duffy, Esq. (Fed. ID # 9491)
Patrick C. Wooten, Esq. (Fed. ID #10399)
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
pwooten@duffyandyoung.com

*Attorneys for Defendant Piedmont Petroleum
Corp.*

**GALLIVAN, WHITE & BOYD, P.A.**
John T. Lay, Jr. (Fed. Bar No. 5539)
Lindsay A. Joyner (Fed. Bar No. 11557)
1201 Main Street, Suite 1200
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
(803) 779-1767 (f)
jlay@gwblawfirm.com
ljoyner@GWBlawfirm.com

*Attorneys for Colonial Group, Inc. and Enmark
Stations, Inc.*

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
Merritt G. Abney
151 Meeting Street, Suite 600
Charleston, SC 29401
Tel: (843) 534-4110
Fax: (843) 722-8700
merritt.abney@nelsonmullins.com

Amber M. Hendrick
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9582
Fax: (803) 256-7500
amber.hendrick@nelsonmullins.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Nancy G. Milburn, *pro hac vice*
Diana E. Reiter, *pro hac vice*
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8383
Fax: (212) 836-8689
nancy.milburn@arnoldporter.com
diana.reiter@arnoldporter.com

Matthew T. Heartney, *pro hac vice*
John D. Lombardo, *pro hac vice*
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4120
Fax: (213) 243-4199
matthew.heartney@arnoldporter.com
john.lombardo@arnoldporter.com

Jonathan W. Hughes, *pro hac vice*
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3156
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

*Attorneys for Defendants*
*BP plc and BP America Inc.*

**WYCHE, P.A.**
Alice W. Parham Casey (D.S.C. Id No. 9431)
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: 803-254-6542
Facsimile: 803-254-6544
tcasey@wyche.com

Meliah Bowers Jefferson (D.S.C. Id No. 10018)

9

Rachael L. Anna (D.S.C. Id No. 12591)
200 East Camperdown Way
Greenville, SC 29601
Telephone: 864-242-8200
Facsimile:  864-235-8900
mjefferson@wyche.com
ranna@wyche.com

**LATHAM & WATKINS LLP**
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Steven.Bauer@lw.com
Margaret.Tough@lw.com

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*

**WYCHE, P.A.**
Alice W. Parham Casey (D.S.C. Id No. 9431)
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: 803-254-6542
Facsimile: 803-254-6544
tcasey@wyche.com

Meliah Bowers Jefferson (D.S.C. Id No. 10018)
Rachael L. Anna (D.S.C. Id No. 12591)
200 East Camperdown Way
Greenville, SC 29601
Telephone: 864-242-8200
Facsimile:  864-235-8900
mjefferson@wyche.com
ranna@wyche.com

**BARTLIT BECK LLP**
Jameson R. Jones, *pro hac vice*
Daniel R. Brody, *pro hac vice*
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3123
jameson.jones@bartlit-beck.com
dan.brody@bartlit-beck.com

10

**LATHAM & WATKINS LLP**
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Steven.Bauer@lw.com
Margaret.Tough@lw.com

*Attorneys for Defendants ConocoPhillips, and ConocoPhillips Company*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
William A. Burck*
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

Stephen A. Swedlow*
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
stephenswedlow@quinnemanuel.com
\**Pro hac vice* forthcoming
*Attorneys for Defendant Colonial Pipeline Company*

**K&L GATES LLP**
Jennifer H. Thiem (Fed. ID No. 9797)
Email:  jennifer.thiem@klgates.com
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone:  (843) 579-5638
Fax:  (843) 579-5601

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick, *pro hac vice*
Grace W. Knofczynski, *pro hac vice*
Daniel S. Severson, *pro hac vice*
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

11

Phone: (202) 326-7900
dfrederick@kellogghansen.com
gknofczynski@kellogghansen.com
dseverson@kellogghansen.com

*Attorneys for Defendants Shell plc (f/k/a Royal Dutch Shell plc), Shell USA, Inc. (f/k/a Shell Oil Company), and Shell Oil Products Company LLC*

**ROBINSON GRAY STEPP & LAFFITTE, LLC**
J. Calhoun Watson
Fed. I.D. No.: 4794
cwatson@robinsongray.com
Post Office Box 11449
Columbia, South Carolina 29211
Telephone (803) 929-1400

*Attorneys for Defendant Brabham Oil Company, Inc.*

**SHOOK, HARDY & BACON L.L.P.**
Tristan L. Duncan, *pro hac vice*
Daniel B. Rogers, *pro hac vice*
Caroline M. Gieser
SC Federal Bar ID #12627; SC Bar no. 102718
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 474-6550
Email:  tlduncan@shb.com
Email:  drogers@shb.com
Email:  cgieser@shb.com

*Attorneys for Defendant Murphy Oil USA, Inc.*

12