**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| CITY OF CHARLESTON, | ) | **C/A No. 2:20-cv-03579-RMG** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRABHAM OIL COMPANY, INC.; | ) | |
| COLONIAL GROUP, INC.; ENMARK | ) | |
| STATIONS, INC.; COLONIAL PIPELINE | ) | |
| COMPANY; PIEDMONT PETROLEUM | ) | |
| CORP.; EXXON MOBIL | ) | **DEFENDANTS'** |
| CORPORATION; EXXONMOBIL OIL | ) | **NOTICE OF APPEAL** |
| CORPORATION; ROYAL DUTCH | ) | |
| SHELL PLC; SHELL OIL COMPANY; | ) | |
| SHELL OIL PRODUCTS COMPANY | ) | |
| LLC; CHEVRON CORPORATION; | ) | |
| CHEVRON U.S.A. INC.; BP P.L.C.; BP | ) | |
| AMERICA INC.; MARATHON | ) | |
| PETROLEUM CORPORATION; | ) | |
| MARATHON PETROLEUM COMPANY | ) | |
| LP; SPEEDWAY LLC; MURPHY OIL | ) | |
| CORPORATION; MURPHY OIL USA, | ) | |
| INC.; HESS CORPORATION; | ) | |
| CONOCOPHILLIPS; CONOCOPHILLIPS | ) | |
| COMPANY; PHILLIPS 66; and PHILLIPS | ) | |
| 66 COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Notice is given that Defendants Brabham Oil Company, Inc.; Colonial Group, Inc.; Enmark Stations, Inc.; Colonial Pipeline Company; Piedmont Petroleum Corp.; Exxon Mobil Corporation; ExxonMobil Oil Corporation; Shell plc (*f/k/a* Royal Dutch Shell plc); Shell USA, Inc. (*f/k/a* Shell Oil Company); Shell Oil Products Company LLC; Chevron Corporation; Chevron U.S.A. Inc.; BP p.l.c.; BP America Inc.; Marathon Petroleum Corporation; Marathon Petroleum Company LP; Speedway LLC; Murphy Oil Corporation; Murphy Oil USA, Inc.; HESS Corporation; ConocoPhillips; ConocoPhillips Company; Phillips 66; and Phillips 66 Company, pursuant to 28 U.S.C. §§ 1291 and 1447(d), appeal to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion granting Plaintiff's Motion to Remand, ECF No. 154, entered in this action on July 5, 2023.[1]


Respectfully submitted,

Dated: August 2, 2023

By: */s/ Joel H. Smith*
*Joel H. Smith*

| | |
|---|---|
| **WYCHE, P.A.** | **BOWMAN AND BROOKE LLP** |
| Alice W. Parham Casey (D.S.C. Id No. 9431) | Joel H. Smith |
| 807 Gervais Street, Suite 301 | Joel.Smith@bowmanandbrooke.com |
| Columbia, SC 29201 | 1441 Main Street, Suite 1200 |
| Telephone: 803-254-6542 | Columbia, SC 29201 |
| Facsimile: 803-254-6544 | Telephone: 803.726.7422 |
| tcasey@wyche.com | Facsimile: 803/726.7421 |
| | |
| Meliah Bowers Jefferson (D.S.C. Id No. 10018) | **BARNWELL WHALEY PATTERSON AND** |
| Rachael L. Anna (D.S.C. Id No. 12591) | **HELMS LLC** |
| 400 East Broad Street | M. Dawes Cooke, Jr. (Fed ID #288) |
| Suite 400 | 211 King Street, Suite 300 (Zip: 29401) |
| Greenville, SC 29601 | P.O. Drawer H |
| Telephone: 864-242-8200 | Charleston, SC 29402 |
| Facsimile:  864-235-8900 | Telephone: 843-577-7700 |
| mjefferson@wyche.com | Facsimile: 843-577-7708 |
| ranna@wyche.com | mdc@barnwell-whaley.com |

---

[1] This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction.

**LATHAM & WATKINS LLP**
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Steven.Bauer@lw.com
Margaret.Tough@lw.com

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*

**WYCHE, P.A.**
Alice W. Parham Casey (D.S.C. Id No. 9431)
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: 803-254-6542
Facsimile: 803-254-6544
tcasey@wyche.com

Meliah Bowers Jefferson (D.S.C. Id No. 10018)
Rachael L. Anna (D.S.C. Id No. 12591)
400 East Broad Street
Suite 400
Greenville, SC 29601
Telephone:  864-242-8200
Facsimile:  864-235-8900
mjefferson@wyche.com
ranna@wyche.com

**BARTLIT BECK LLP**
Jameson R. Jones, *pro hac vice*
Daniel R. Brody, *pro hac vice*
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3123
jameson.jones@bartlit-beck.com
dan.brody@bartlit-beck.com

**LATHAM & WATKINS LLP**
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Steven.Bauer@lw.com
Margaret.Tough@lw.com

*Attorneys for Defendants ConocoPhillips, and ConocoPhillips Company*

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr., *pro hac vice*
William E. Thomson, *pro hac vice*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Andrea E. Neuman, *pro hac vice*
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
aneuman@gibsondunn.com

Thomas G. Hungar, *pro hac vice*
1050 Connecticut Avenue, N.W.,
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
thungar@gibsondunn.com

Joshua D. Dick, *pro hac vice*
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
jdick@gibsondunn.com

**SUSMAN GODFREY L.L.P.**
Johnny W. Carter, *pro hac vice*
Erica W. Harris, *pro hac vice*
Ashley L. McMillian, *pro hac vice*
Mary K. Sammons, *pro hac vice*
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
eharris@susmangodfrey.com
jcarter@susmangodfrey.com
amcmillian@susmangodfrey.com
ksammons@susmangodfrey.com

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
William A. Burck*
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

Stephen A. Swedlow*
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
stephenswedlow@quinnemanuel.com
*Pro hac vice forthcoming

Attorneys for Defendant Colonial Pipeline
Company


**K&L GATES LLP**
Jennifer H. Thiem (Fed. ID No. 9797)
Email:  jennifer.thiem@klgates.com
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone:  (843) 579-5638
Fax:  (843) 579-5601

**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick, pro hac vice
Grace W. Knofczynski, pro hac vice
Daniel S. Severson, pro hac vice
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
dfrederick@kellogghansen.com
gknofczynski@kellogghansen.com
dseverson@kellogghansen.com

Attorneys for Defendants Shell plc (f/k/a Royal
Dutch Shell plc), Shell USA, Inc. (f/k/a Shell Oil
Company), and Shell Oil Products Company LLC

Steven M. Shepard, pro hac vice
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212-336-8330
sshepard@susmangodfrey.com

Attorneys for Defendants
Chevron Corp. and Chevron U.S.A. Inc.


**SMITH ROBINSON**
G. Murrell Smith, Jr.
murrell@smithrobinsonlaw.com
126 N. Main Street
Sumter, SC 29151
Tel: (803) 778-2471
Fax: (803) 778-1643


**HUNTON ANDREWS KURTH LLP**
Shannon S. Broome, pro hac vice
SBroome@HuntonAK.com
Ann Marie Mortimer, pro hac vice
AMortimer@HuntonAK.com
50 California Street
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701

Shawn Patrick Regan, pro hac vice
SRegan@HuntonAK.com
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100

Attorneys for Defendants Marathon Petroleum
Corporation, Marathon Petroleum Company LP, and
Speedway LLC

**ROBINSON GRAY STEPP & LAFFITTE, LLC**
J. Calhoun Watson
Fed. I.D. No.: 4794
cwatson@robinsongray.com
Sarah C. Frierson
Fed. I.D. No.: 13825
sfrierson@robinsongray.com
Post Office Box 11449
Columbia, South Carolina 29211
Telephone (803) 929-1400

*Attorneys for Defendant Brabham Oil Company, Inc.*

**SHOOK, HARDY & BACON L.L.P.**
Tristan L. Duncan, *pro hac vice*
Daniel B. Rogers, *pro hac vice*
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Email: tlduncan@shb.com
Email: drogers@shb.com

Caroline M. Gieser
SC Federal Bar ID #12627; SC Bar #102718
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
Phone: (470) 867-6013
Email: cgieser@shb.com

*Attorneys for Defendant*
*Murphy Oil USA, Inc.*

**HOOD LAW FIRM, LLC**
Molly H. Craig (6671)
Robert H. Hood, Jr. (6998)
Virginia R. Floyd (12212)
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
molly.craig@hoodlaw.com
bobbyjr.hood@hoodlaw.com
virginia.floyd@hoodlaw.com

**BAKER BOTTS L.L.P.**
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

**PARKER POE ADAMS & BERNSTEIN LLP**
Robert Jordan
200 Meeting Street, Suite 301
Charleston, SC 29401-3156
Telephone: (843) 727-2670
Facsimile: (843) 727-2680
Email: robertjordan@parkerpoe.com

*Attorneys for Defendant HESS CORP.*

**BAKER BOTTS L.L.P.**
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

**PARKER POE ADAMS & BERNSTEIN LLP**
Robert Jordan
200 Meeting Street, Suite 301
Charleston, SC 29401-3156
Telephone: (843) 727-2670
Facsimile: (843) 727-2680
Email: robertjordan@parkerpoe.com

*Attorneys for Defendant MURPHY OIL CORPORATION*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Theodore V. Wells, Jr., *pro hac vice*
Daniel J. Toal, *pro hac vice*
Yahonnes Cleary, *pro hac vice*
Caitlin E. Grusauskas, *pro hac vice*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*

**DUFFY & YOUNG, LLC**
Brian C. Duffy, Esq. (Fed. ID # 9491)
Patrick C. Wooten, Esq. (Fed. ID #10399)
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
pwooten@duffyandyoung.com

*Attorneys for Defendant Piedmont Petroleum Corp.*

**GALLIVAN, WHITE & BOYD, P.A.**
John T. Lay, Jr. (Fed. Bar No. 5539)
Lindsay A. Joyner (Fed. Bar No. 11557)
1201 Main Street, Suite 1200
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
(803) 779-1767 (f)
jlay@gwblawfirm.com
ljoyner@GWBlawfirm.com

*Attorneys for Colonial Group, Inc. and Enmark Stations, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Merritt G. Abney
151 Meeting Street, Suite 600
Charleston, SC 29401-2239
Tel: (843) 534-4110
Fax: (843) 722-8700
merritt.abney@nelsonmullins.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Nancy G. Milburn, *pro hac vice*
Diana E. Reiter, *pro hac vice*
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
nancy.milburn@arnoldporter.com
diana.reiter@arnoldporter.com

John D. Lombardo, *pro hac vice*
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
john.lombardo@arnoldporter.com

Jonathan W. Hughes, *pro hac vice*
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

*Attorneys for Defendants BP p.l.c. and BP America Inc.*

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, Defendants submit this

Representation Statement.  The following list identifies all parties to the action, and also identifies

their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee City of Charleston | OFFICE OF THE CORPORATION COUNSEL CITY OF CHARLESTON Wilbur Johnson Corporation Counsel Julia Copeland Melissa Cruthirds Assistants Corporation Counsel 50 Broad Street, Charleston, South Carolina 29401 Email: wjohnson@ycrlaw.com copelandj@charleston-sc.gov cruthirdsm@charleston-sc.gov<br><br>JOE GRIFFITH LAW FIRM, LLC Joseph P. Griffith, Jr. 946 Johnnie Dodds Blvd. Mt. Pleasant, South Carolina 29464 Tel: (843) 225-5563 Fax: (843)723-6686 Email: joegriffithjr@hotmail.com<br><br>SHER EDLING LLP Victor M. Sher Matthew K. Edling 100 Montgomery St., Ste. 1410 San Francisco, CA 94104 Tel: (628) 231-2500 Fax: (628) 231-2929 Email: vic@sheredling.com matt@sheredling.com |

| | |
|---|---|
| Defendants-Appellants Chevron Corp. and Chevron U.S.A., Inc. | BOWMAN AND BROOKE LLP<br>Joel H. Smith<br>Joel.Smith@bowmanandbrooke.com<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201<br>Telephone: 803.726.7422<br>Facsimile: 803.726.7421<br><br>BARNWELL WHALEY PATTERSON AND HELMS LLC<br>M. Dawes Cooke, Jr. (Fed ID #288)<br>211 King Street, Suite 300 (Zip: 29401)<br>P.O. Drawer H<br>Charleston, SC 29402<br>Telephone: 843-577-7700<br>Facsimile: 843-577-7708<br>mdc@barnwell-whaley.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous, Jr.<br>William E. Thomson<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>tboutrous@gibsondunn.com<br>wthomson@gibsondunn.com<br><br>Andrea E. Neuman<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br>aneuman@gibsondunn.com<br><br>Thomas G. Hungar<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>thungar@gibsondunn.com |

| | |
|---|---|
| | Joshua D. Dick<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br>jdick@gibsondunn.com<br><br>SUSMAN GODFREY L.L.P.<br>Johnny W. Carter<br>Erica W. Harris<br>Ashley L. McMillian, pro hac vice<br>Mary K. Sammons, pro hac vice<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>eharris@susmangodfrey.com<br>jcarter@susmangodfrey.com<br>amcmillian@susmangodfrey.com<br>ksammons@susmangodfrey.com<br><br>Steven M. Shepard, pro hac vice<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>212-336-8330<br>sshepard@susmangodfrey.com |
| Defendants-Appellants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC | SMITH ROBINSON<br>G. Murrell Smith, Jr.<br>murrell@smithrobinsonlaw.com<br>126 N. Main Street<br>Sumter, SC 29151<br>Tel: (803) 778-2471<br>Fax: (803) 778-1643<br><br>HUNTON ANDREWS KURTH LLP<br>Shannon S. Broome<br>SBroome@HuntonAK.com<br>Ann Marie Mortimer<br>AMortimer@HuntonAK.com<br>50 California Street<br>San Francisco, CA 94111<br>Tel: (415) 975-3718<br>Fax: (415) 975-3701 |

| | Shawn Patrick Regan<br>SRegan@HuntonAK.com<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 309-1046<br>Fax: (212) 309-1100 |
|---|---|
| Defendant-Appellant HESS CORP. | BAKER BOTTS L.L.P.<br>J. Scott Janoe<br>910 Louisiana Street, Suite 3200<br>Houston, Texas 77002-4995<br>Telephone: (713) 229-1553<br>Facsimile: (713) 229-7953<br>Email: scott.janoe@bakerbotts.com<br><br>Megan Berge<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Telephone: (202) 639-1308<br>Facsimile: (202) 639-1171<br>Email: megan.berge@bakerbotts.com<br><br>PARKER POE ADAMS & BERNSTEIN LLP<br>Robert Jordan<br>200 Meeting Street, Suite 301<br>Charleston, SC 29401-3156<br>Telephone: (843) 727-2670<br>Facsimile: (843) 727-2680<br>Email: robertjordan@parkerpoe.com |
| Defendant-Appellant Murphy Oil Corporation | BAKER BOTTS L.L.P.<br>J. Scott Janoe<br>910 Louisiana Street, Suite 3200<br>Houston, Texas 77002-4995<br>Telephone: (713) 229-1553<br>Facsimile: (713) 229-7953<br>Email: scott.janoe@bakerbotts.com<br><br>Megan Berge<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Telephone: (202) 639-1308<br>Facsimile: (202) 639-1171<br>Email: megan.berge@bakerbotts.com |

| | PARKER POE ADAMS & BERNSTEIN LLP<br>Robert Jordan<br>200 Meeting Street, Suite 301<br>Charleston, SC 29401-3156<br>Telephone: (843) 727-2670<br>Facsimile: (843) 727-2680<br>Email: robertjordan@parkerpoe.com |
|---|---|
| Defendants-Appellants BP p.l.c. and BP America Inc. | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Merritt G. Abney<br>151 Meeting Street, Suite 600<br>Charleston, SC 29401-2239<br>Tel: (843) 534-4110<br>Fax: (843) 722-8700<br>merritt.abney@nelsonmullins.com<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Nancy G. Milburn<br>Diana E. Reiter<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>nancy.milburn@arnoldporter.com<br>diana.reiter@arnoldporter.com<br><br>John D. Lombardo<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Tel: (213) 243-4000<br>Fax: (213) 243-4199<br>john.lombardo@arnoldporter.com<br><br>Jonathan W. Hughes<br>3 Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Tel: (415) 471-3156<br>Fax: (415) 471-3400<br>jonathan.hughes@arnoldporter.com |

| | |
|---|---|
| Defendants-Appellants Phillips 66 and Phillips 66 Company | WYCHE, P.A.<br>Alice W. Parham Casey (D.S.C. Id No. 9431)<br>807 Gervais Street, Suite 301<br>Columbia, SC 29201<br>Telephone: 803-254-6542<br>Facsimile: 803-254-6544<br>tcasey@wyche.com<br><br>Meliah Bowers Jefferson (D.S.C. Id No. 10018)<br>Rachael L. Anna (D.S.C. Id No. 12591)<br>400 East Broad Street<br>Suite 400<br>Greenville, SC 29601<br>Telephone: 864-242-8200<br>Facsimile:  864-235-8900<br>mjefferson@wyche.com<br>ranna@wyche.com<br><br>LATHAM & WATKINS LLP<br>Steven M. Bauer<br>Margaret A. Tough<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Tel: (415) 391-0600<br>Fax: (415) 395-8095<br>Steven.Bauer@lw.com<br>Margaret.Tough@lw.com |
| Defendants-Appellants ConocoPhillips and ConocoPhillips Company | WYCHE, P.A.<br>Alice W. Parham Casey (D.S.C. Id No. 9431)<br>807 Gervais Street, Suite 301<br>Columbia, SC 29201<br>Telephone: 803-254-6542<br>Facsimile: 803-254-6544<br>tcasey@wyche.com<br><br>Meliah Bowers Jefferson (D.S.C. Id No. 10018)<br>Rachael L. Anna (D.S.C. Id No. 12591)<br>400 East Broad Street<br>Suite 400<br>Greenville, SC 29601<br>Telephone: 864-242-8200<br>Facsimile:  864-235-8900<br>mjefferson@wyche.com<br>ranna@wyche.com |

| | |
|---|---|
| | BARTLIT BECK LLP<br>Jameson R. Jones<br>Daniel R. Brody<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3123<br>jameson.jones@bartlit-beck.com<br>dan.brody@bartlit-beck.com<br><br>LATHAM & WATKINS LLP<br>Steven M. Bauer<br>Margaret A. Tough<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Tel: (415) 391-0600<br>Fax: (415) 395-8095<br>Steven.Bauer@lw.com<br>Margaret.Tough@lw.com |
| Defendant-Appellant Colonial Pipeline Company | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>William A. Burck<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br><br>Stephen A. Swedlow<br>191 North Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br>stephenswedlow@quinnemanuel.com |
| Defendants-Appellants Shell plc (f/k/a Royal Dutch Shell plc), Shell USA, Inc. (f/k/a Shell Oil Company), and Shell Oil Products Company LLC | K&L GATES LLP<br>Jennifer H. Thiem (Fed. ID No. 9797)<br>Email:  jennifer.thiem@klgates.com<br>134 Meeting Street, Suite 500<br>Charleston, SC 29401<br>Phone:  (843) 579-5638<br>Fax:  (843) 579-5601 |

| | |
|---|---|
| | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. <br> David C. Frederick <br> Grace W. Knofczynski <br> Daniel S. Severson <br> 1615 M Street, N.W., Suite 400 <br> Washington, D.C. 20036 <br> Phone: (202) 326-7900 <br> dfrederick@kellogghansen.com <br> gknofczynski@kellogghansen.com <br> dseverson@kellogghansen.com |
| Defendant-Appellant Brabham Oil Company, Inc. | ROBINSON GRAY STEPP & LAFFITTE, LLC <br> J. Calhoun Watson <br> Fed. I.D. No.: 4794 <br> cwatson@robinsongray.com <br> Sarah C. Frierson <br> Fed. I.D. No.: 13825 <br> sfrierson@robinsongray.com <br> Post Office Box 11449 <br> Columbia, South Carolina 29211 <br> Telephone (803) 929-1400 |
| Defendant-Appellant Murphy Oil USA, Inc. | SHOOK, HARDY & BACON L.L.P. <br> Tristan L. Duncan, *pro hac vice* <br> Daniel B. Rogers, *pro hac vice* <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Phone:  (816) 474-6550 <br> Email:  tlduncan@shb.com <br> Email:  drogers@shb.com <br><br> Caroline M. Gieser <br> SC Federal Bar ID #12627; SC Bar #102718 <br> 1230 Peachtree Street <br> Suite 1200 <br> Atlanta, GA 30309 <br> Phone: (470) 867-6013 <br> Email:  cgieser@shb.com |

| | |
|---|---|
| Defendants-Appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation | HOOD LAW FIRM, LLC<br>Molly H. Craig (6671)<br>Robert H. Hood, Jr. (6998)<br>Virginia R. Floyd (12212)<br>172 Meeting Street<br>Post Office Box 1508<br>Charleston, SC  29402<br>Phone: (843) 577-4435<br>Facsimile: (843) 722-1630<br>molly.craig@hoodlaw.com<br>bobbyjr.hood@hoodlaw.com<br>virginia.floyd@hoodlaw.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Theodore V. Wells, Jr.<br>Daniel J. Toal<br>Yahonnes Cleary<br>Caitlin E. Grusauskas<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel.:  (212) 373-3000<br>Fax:  (212) 757-3990<br>twells@paulweiss.com<br>dtoal@paulweiss.com<br>ycleary@paulweiss.com<br>cgrusauskas@paulweiss.com |
| Defendant-Appellant Piedmont Petroleum Corp. | DUFFY & YOUNG, LLC<br>Brian C. Duffy, Esq. (Fed. ID # 9491)<br>Patrick C. Wooten, Esq. (Fed. ID #10399)<br>96 Broad Street<br>Charleston, SC 29401<br>bduffy@duffyandyoung.com<br>pwooten@duffyandyoung.com |
| Defendants-Appellants Colonial Group, Inc. and Enmark Stations, Inc. | GALLIVAN, WHITE & BOYD, P.A.<br>John T. Lay, Jr. (Fed. Bar No. 5539)<br>Lindsay A. Joyner (Fed. Bar No. 11557)<br>1201 Main Street, Suite 1200<br>Post Office Box 7368<br>Columbia, South Carolina 29202<br>(803) 779-1833<br>(803) 779-1767 (f)<br>jlay@gwblawfirm.com<br>ljoyner@GWBlawfirm.com |