## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 8/3/2023<br>✔ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>South Carolina<br>**Division:**<br>Charleston<br>**Caption:**<br>Charleston, City of v. Brabham Oil Company Inc et al | **District Case No.:**<br>2:20-cv-03579-RMG<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal)   ✔ Appeal fees paid in full   ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:**<br>The Hon. Richard M. Gergel<br>**Court Reporter** (list all):<br><br>**Coordinator:** | **PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br>**Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ✔ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>✔ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: D. Gray    Phone: 843-579-1414                    Date: 8/3/2023

01/2012